1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  NOAH STERN (CABN 297476)
   Assistant United States Attorney

5

6       1301 Clay Street, Suite 340S
        Oakland, California 94612
        Telephone: (510) 637-3713

7  FAX: (510) 637-3724
   Noah.Stern@usdoj.gov

8

   Attorneys for United States of America

9
                        UNITED STATES DISTRICT COURT

10
                     NORTHERN DISTRICT OF CALIFORNIA

11
                         SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )   CASE NO. CR 19-479 CRB
                                       )
14       Plaintiff,                    )   **NOTICE OF DISMISSAL**
                                       )    ORDER
15    v.                               )
                                       )
16  TEI MATI,                          )
                                       )
17       Defendant.                    )
                                       )
18

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the above indictment against Tei Mati

21  without prejudice.

22

23  DATED:      August 28, 2020                   Respectfully submitted,

24                                                DAVID L. ANDERSON
                                                  United States Attorney

25

26                                                _____*/s/ Hallie Hoffman*_____
                                                  HALLIE HOFFMAN
27                                                Chief, Criminal Division

28

   NOTICE OF DISMISSAL
   No. CR 19-479 CRB                                                    v. 7/10/2018

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the indictment against Tei Mati.

Date:  August 31, 2020

_____

HON. CHARLES R. BREYER
Senior United States District Judge

NOTICE OF DISMISSAL
No. CR 19-479 CRB                                                                    v. 7/10/2018